# MANDATE

S.D.N.Y. - N.Y.C.
07-cv-7539
Wood, C.J.

# United States Court of Appeals
## FOR THE
## SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 27th day of February, two thousand eight,

Present:

     Hon. Richard J. Cardamone,
     Hon. Sonia Sotomayor,
     Hon. Reena Raggi,
          *Circuit Judges.*



UNITED STATES COURT OF APPEALS
FILED
FEB 27 2008
Catherine O'Hagan Wolfe, Clerk
SECOND CIRCUIT

---

Charles Reed,

     *Plaintiff-Appellant,*

     v.                             07-4566-cv

Calle Hilera No. 10 Piso 1D,

     *Defendant-Appellee.*

---

Appellant, *pro se*, moves to proceed *in forma pauperis*. Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because it lacks an arguable basis in law or fact. *See Neitzke v. Williams*, 490 U.S. 319, 325 (1989); *Pillay v. I.N.S.*, 45 F.3d 14, 17 (2d Cir. 1995); 28 U.S.C. § 1915(e).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

By: _____

FEB 27 2008

SAO-MML

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

ISSUED AS MANDATE:    MAY 0 8 2008